IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

CRIMINAL 12-434 CCC

12) LUIS D. VAZQUEZ-RIVERA
Defendant

**O R D E R**

Having considered the Report and Recommendation filed on January 11, 2013 (docket entry 335) on a Rule 11 proceeding of defendant held before U.S. Magistrate Judge Marcos E. Lopez on January 9, 2013, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since January 9, 2013. **The sentencing hearing is set for April 24, 2013 at 4:30 p.m.**

SO ORDERED.

At San Juan, Puerto Rico, on January 28, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge