IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

CRIMINAL 12-0434CCC

1) MARIBEL RODRIGUEZ-FRAGOSO
2) ANGEL HERNANDEZ-NUÑEZ
3) VICTOR GONZALEZ-CRUZ
4) JOSE DAVID SANJURJO-CARILLO
5) ALEXANDER CALDERON-LOPEZ
6) CARLOS NATAL-SILVA
7) FELIX AQUINO-HIRALDO
**8) JOSE CASTRO-ARROYO**
9) CHRISTIAN ESCALERA-RODRIGUEZ
10) EDWIN SAMUEL LISBOA-GARCIA
11) JOSE E. NAVARRO-RIVERA
12) LUIS D. VAZQUEZ-RIVERA
13) NICOLAS RIVERA-LUCIANO
14) LUIS AYALA-HERRERA
15) MARIO MACEIRA-ESPIRITUSANTO
16) HUGO E. OQUENDO-ALEJANDRO
17) GERARDO I. BETANCOURT-ESTRELLA
18) NELSON ORTIZ-CHERVONY
19) ORSI GERMAN RODRIGUEZ-
CONTRERAS
20) RUDOLFO TORRES-CORTES
21) JOSE OMAR CARABALLO-NIEVES
22) EUGENE A. ROMERO-SANTIAGO
23) ANGEL L. MORALES-SEDA
24) ARMANDO MEDINA-GUZMAN
25) JESUS MANUEL LAUREANO-PEREZ

Defendants

## ORDER

Having considered the Report and Recommendation filed on November 18, 2013
(**docket entry 689**) on a Rule 11 proceeding of defendant José Castro-Arroyo (8) held
before U.S. Magistrate Judge Bruce J. McGiverin on November 18, 2013, to which no
objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of
defendant is accepted. The Court FINDS that his plea was voluntary and intelligently
entered with awareness of his rights and the consequences of pleading guilty and contains
all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since November 18, 2013. The **sentencing hearing is set for February 25, 2014 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on December 6, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge